UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant.<br>_____/ | No. C12-6385 EMC<br><br>**ORDER DIRECTING PARTIES TO INFORM THE COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-19(b).

    Accordingly, the parties are hereby DIRECTED to advise the Court, within 3 weeks from the date of this order, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action. For the parties' convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a special magistrate judge.

    IT IS SO ORDERED.

Dated: January 10, 2013

_____
EDWARD M. CHEN
United States District Judge