UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT GOMEZ,   No. C-12-06385 DMR

    Plaintiff(s),

**ORDER EXTENDING BRIEFING SCHEDULE**

v.

MICHAEL J ASTRUE,

    Defendant(s).

_____/

The court is in receipt of the parties' stipulation to extend time. [Docket No. 21.] The submission was noticed to Judge Chen. However, the case was assigned on January 30, 2013 to this court for all further proceedings. [Docket No. 16.] All further submissions by the parties shall be submitted to this court.

Based on the stipulation of the parties and for good cause shown, it is hereby ordered that Plaintiff shall have an extension of time to June 18, 2013, by which to file a Motion for Summary Judgment. All other deadlines set forth in the December 17, 2013 Case Management Order [Docket No. 4] shall be extended accordingly.

IT IS SO ORDERED.

Dated: June 3, 2013

DONNA M. RYU
United States Magistrate Judge