MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8977
Facsimile: (415) 744-0134
E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO.: 4:12-cv-06385-DMR<br><br>STIPULATION AND [redacted] ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment. The new due date for Defendant's response will be August 16, 2013. Defendant needs the additional time to further review the file and prepare a response in this matter due to a heavy workload despite due diligence.

Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this delay.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 15, 2013

*/s/ Denise Bourgeois Haley*
(As authorized via e-mail on 7/15/13)
DENISE BOURGEOIS HALEY
Attorney for Plaintiff

Dated: July 15, 2013

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 16, 2013

THE HONORABLE DONNA M. RYU
United States Magistrate Judge